UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>    Defendants. | Case No. 22-cv-07234-VC<br><br>**ORDER DENYING REQUESTS FOR EXTENSIONS**<br><br>Re: Dkt. Nos. 7, 8 |

Marin's requests for extensions are denied. The request for more time to serve the defendants is premature at best under Rule 4(m), and a blanket extension of all deadlines is not justified. Marin may request specific extensions in the future as appropriate.

**IT IS SO ORDERED.**

Dated: January 4, 2023

VINCE CHHABRIA
United States District Judge