UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>        Defendants. | Case No. 22-cv-07234-VC<br><br>**ORDER DENYING MOTION TO SEAL AND MOTION TO ORDER SERVICE**<br><br>Re: Dkt. No. 13 |

The motion to seal unspecified financial records is denied pursuant to this Court's standing order and Local Rule 79–5. The request to order the Marshals Service to serve the defendants is denied at this time because Marin has not yet offered any information about his financial status.

**IT IS SO ORDERED.**

Dated: January 25, 2023

_____
VINCE CHHABRIA
United States District Judge