UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>        Defendants. | Case No. 22-cv-07234-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 15 |

The Court construes Marin's motion to be a motion for voluntary dismissal without prejudice, and grants the motion. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 7, 2023

VINCE CHHABRIA
United States District Judge